## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MARIO JARAMILLO,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 5:19-cv-00737-OLG

Honorable Judge Orlando L. Garcia

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Mario Jaramillo and the Defendant, Wells Fargo Bank, N.A. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: October 21, 2019

Respectfully Submitted,

**MARIO JARAMILLO**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**WELLS FARGO BANK, N.A.**

*/s/ Elizabeth E. Klingensmith (with consent)*
Elizabeth E. Klingensmith
*Counsel for Defendant*
Womble Bond Dickenson (US) LLP
811 Main Street, Suite 3130
Houston, Texas 77002
Phone: (346) 998-7801
Liz.Klingensmith@wbd-us.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*/s/ Marwan R. Daher*</u>
Marwan R. Daher